384 P.2d 472

Leo A. CALHOUN, Petitioner,

v.

Harold A. COX, Warden, Respondent.

Supreme Court of New Mexico.

No. 36 HC.

Aug. 30, 1963.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted and the petition for writ of habeas corpus be and the same is hereby denied for the reason the petitioner has not exhausted his district court remedy.